**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Uniform Factory Outlet of Washington L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Uniform Destination** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3936091** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**6087 White Tip Rd**
**Jacksonville, FL 32258**
Number, Street, City, State & ZIP Code

**Duval**
County

**Mailing address, if different from principal place of business**

**PO Box 50068**
**Jacksonville Beach, FL 32240**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**See Attachment (list of store addresses)**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **Uniform Factory Outlet of Washington L.L.C.**                          Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Uniform Factory Outlet of Washington L.L.C.** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
| --- | --- | --- | --- | --- |
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Uniform Factory Outlet of Washington L.L.C.**                                    Case number (*if known*) _____
　　　　　Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    __Uniform Factory Outlet of Washington L.L.C.__                    Case number (*if known*) _____
          Name

▬▬▬▬ **Request for Relief, Declaration, and Signatures**

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 30, 2023__
               MM / DD / YYYY

**X** _____          __Patrick C. McCarthy__
Signature of authorized representative of debtor    Printed name

Title    __President__

**18. Signature of attorney**    **X** __/s/ David E. Otero__                    Date __June 30, 2023__
                                 Signature of attorney for debtor                    MM / DD / YYYY

__David E. Otero__
Printed name

__Akerman LLP__
Firm name

__50 North Laura Street__
__Suite 3100__
__Jacksonville, FL 32202__
Number, Street, City, State & ZIP Code

Contact phone    __904-798-3700__        Email address    __david.otero@akerman.com__

__651370 FL__
Bar number and State

**Uniform Factory Outlet of Washington L.L.C.**

<u>List of stores' physical addresses</u>

- Uniform Destination (Auburn, WA)
  1101 Supermall Way, Suite 1369
  Auburn, WA 98001

- Uniform Destination (Little Rock, AR)
  11201 Bass Pro Shop Pkwy, Suite M-130
  Little Rock, AR 72210

- Uniform Destination (Southaven, MS)
  5205 Airways Blvd, Suite M-1050
  Southaven, MS 38671

Fill in this information to identify the case:

Debtor name    **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  *Amended Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**         X _____

Signature of individual signing on behalf of debtor

**Patrick C. McCarthy**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Uniform Factory Outlet of Washington L.L.C.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Austell Columbia Gorge Equit 2100 W 7th St Fort Worth, TX 76107** | | **Rent for June 2023 for the premises located at 450 NW 257th Ave, Suite 322, Troutdale, OR 97060** | | | | $3,992.12 |
| **Barco Uniforms LLC 350 West Rosecrans Ave Gardena, CA 90248** | | **Trade debt** | | | | $5,502.15 |
| **Burlington Investment Proper 923 Powell Ave SW Suite 101 Renton, WA 98057** | | **Rent for June 2023 for premises located at 240 Fashion Way, Space A-017, Burlington, WA 98233** | | | | $2,500.00 |
| **Caresmatic Uniforms LLC PO Box 7450 Carol Stream, IL 60197-7450** | | **Trade debt** | | | | $45,292.69 |
| **Mistiann Lapo c/o Ada K. Wong, Esq. 12055 15th Ave NE, Suite 200 Seattle, WA 98125** | | **Pending lawsuit for wrongful termination.** **Mistiann Lapo v. Uniform Factory Outlet of Washington L.L.C. d/b/a Uniform Destination; U.S. District Cou** | **Contingent Unliquidated Disputed** | | | $0.00 |

| Debtor | **Uniform Factory Outlet of Washington L.L.C.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **W-LD Legends Owner VII LLC c/o Legacy Asset Management 4400 College Blvd. Suite 180 Overland Park, KS 66211** | | **Rent for June 2023 for the premises located at 1813 Village West Pkwy, Suite Q102, Kansas City, KS 66111** | | | | **$3,500.00** |

**Fill in this information to identify the case:**

Debtor name    **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $      **257,548.74**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $      **257,548.74**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$      **120,786.96**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b             $      **120,786.96**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase, N.A. | Checking | 4843 | $8,497.58 |
| 3.2. | Regions Bank | Checking | 1448 | $3,354.80 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$11,852.38

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Uniform Factory Outlet of Washington L.L.C.**    Case number *(If known)* _____
        Name

| 11a. 90 days old or less: | **55.08** | - | **0.00** | = .... | **$55.08** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **37.97** | - | **0.00** | = .... | **$37.97** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **114.42** | - | **0.00** | = .... | **$114.42** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **174.33** | - | **0.00** | = .... | **$174.33** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **480.00** | - | **0.00** | = .... | **$480.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  | **$861.80** |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Auburn, WA inventory - medical uniforms and accessories** | | **$0.00** | Recent cost | **$112,847.89** |
| **Little Rock, AR inventory - medical uniforms and accessories** | | **$0.00** | Recent cost | **$69,722.41** |

Debtor    **Uniform Factory Outlet of Washington L.L.C.**    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| **Southaven, MS inventory - medical uniforms and accessories** | | $0.00 | Recent cost | $61,188.36 |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.

| |
|---|
| $243,758.66 |

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **3 office chairs (total for all stores; at least 7 years old)** **(All stores have the same furniture, fixtures, and office equipment)** | $0.00 | Liquidation | $15.00 |
| **3 folding tables (total for all stores; at least 7 years old)** | $0.00 | Liquidation | $15.00 |
| **3 stools  (total for all stores; at least 7 years old)** | $0.00 | Liquidation | $15.00 |
| 40.  **Office fixtures** **16 round racks  (total for all stores; at least 7 years old)** | $0.00 | Liquidation | $80.00 |

Debtor   **Uniform Factory Outlet of Washington L.L.C.**                    Case number *(If known)* _____
        <sub>Name</sub>

| | | | |
|---|---|---|---|
| 16 4-way racks  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $80.00 |
| 27 parallel racks  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $189.00 |
| 8 2-way racks  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $32.00 |
| 10 single arm display  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $30.00 |
| 80 reinforced hangrail brackets  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $16.00 |
| 60 straight faceouts (wall hardware)   (total for all stores; at least 7 years old) | $0.00 | Liquidation | $9.00 |
| 60 waterfalls (wall hardware)   (total for all stores; at least 7 years old) | $0.00 | Liquidation | $9.00 |
| 150 pegs (wall and display hardware)   (total for all stores; at least 7 years old) | $0.00 | Liquidation | $4.50 |
| 100 hangrail (wall hardware)  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $8.40 |
| 3 display cases (total for all stores; at least 7 years old) | $0.00 | Liquidation | $90.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| 3 Point of Sale computers (total for all stores; at least 7 years old) | $0.00 | Liquidation | $300.00 |
| 2 backroom computers   (total for all stores; at least 7 years old) | $0.00 | Liquidation | $12.00 |
| 3 laser printers (total for all stores; at least 7 years old) | $0.00 | Liquidation | $21.00 |
| 3 fax machines (total for all stores; at least 7 years old) | $0.00 | Liquidation | $15.00 |
| 3 security cameras  (total for all stores; at least 7 years old) | $0.00 | Liquidation | $120.00 |
| 3 radios (total for all stores; at least 7 years | $0.00 | Liquidation | $15.00 |

Debtor    __Uniform Factory Outlet of Washington L.L.C.__    Case number *(If known)* _____
       Name

__old)__ _____    _____    _____    _____

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**

| | |
|---|---|
| | **$1,075.90** |

       Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Uniform Factory Outlet of Washington L.L.C.**          Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,852.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $861.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $243,758.66 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,075.90 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $257,548.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $257,548.74 |

**Fill in this information to identify the case:**

Debtor name   **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Austell Columbia Gorge Equit**
**2100 W 7th St**
**Fort Worth, TX 76107**
Date(s) debt was incurred  6/1/2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for June 2023 for the premises located at 450 NW 257th Ave, Suite 322, Troutdale, OR 97060**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,992.12**

**3.2** | Nonpriority creditor's name and mailing address
**Barco Uniforms LLC**
**350 West Rosecrans Ave**
**Gardena, CA 90248**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,502.15**

**3.3** | Nonpriority creditor's name and mailing address
**Burlington Investment Proper**
**923 Powell Ave SW**
**Suite 101**
**Renton, WA 98057**
Date(s) debt was incurred  6/1/2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for June 2023 for premises located at 240 Fashion Way, Space A-017, Burlington, WA 98233**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,500.00**

**3.4** | Nonpriority creditor's name and mailing address
**Caresmatic Uniforms LLC**
**PO Box 7450**
**Carol Stream, IL 60197-7450**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$45,292.69**

| Debtor | **Uniform Factory Outlet of Washington L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mistiann Lapo**
**c/o Ada K. Wong, Esq.**
**12055 15th Ave NE, Suite 200**
**Seattle, WA 98125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending lawsuit for wrongful termination.**

Last 4 digits of account number _

**Mistiann Lapo v. Uniform Factory Outlet of Washington L.L.C. d/b/a Uniform Destination; U.S. District Court, Western District of Washington; Case No. 2:22-cv-01013-JHC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Patrick McCarthy**
**6087 White Tip Rd**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2023 and 5/6/2023**

Basis for the claim:  **Two Promissory Notes**
**$40,000 on 5/1/2023**
**$20,000 on 5/6/2023**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**W-LD Legends Owner VII LLC**
**c/o Legacy Asset Management**
**4400 College Blvd. Suite 180**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2023**

Basis for the claim:  **Rent for June 2023 for the premises located at 1813 Village West Pkwy, Suite Q102, Kansas City, KS 66111**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 120,786.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 120,786.96 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
  (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated September 8, 2009, as amended, for the premises located at 450 NW 257th Ave, Suite 322, Troutdale, OR 97060** | |
| | State the term remaining | **ending October 31, 2023** | **Austell Columbia Gorge Equit 2100 W 7th St Fort Worth, TX 76107** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated May 21, 2010, as amended, for the premises located at 240 Fashion Way, Space A-017, Burlington, WA 98233.** | |
| | State the term remaining | **ending July 31, 2025** | **Burlington Investment Proper 923 Powell Ave SW Suite 101 Renton, WA 98057** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated September 23, 2008, as amended, for the premises located at 1101 Supermall Way, Suite 1369, Auburn, WA 98001** | |
| | State the term remaining | **ending January 31, 2024** | **Glimcher Supermall Venture PO Box 932844 Cleveland, OH 44193** |
| | List the contract number of any government contract | | |

Debtor 1  **Uniform Factory Outlet of Washington L.L.C.**                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease dated October 15, 2015, as amended, for the premises located at 11201 Bass Pro Shop Pkwy, Suite M-130, Little Rock, AR 72210** |
| State the term remaining | **ending January 31, 2026** |
| List the contract number of any government contract | **Little Rock Outlets Realty H 1909 Tyler St Suite 403 Hollywood, FL 33020** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated June 8, 2023 (commencing retroactively on February 1, 2023), for the premises located at 5205 Airways Boulevard, Suite 1050, Southaven, MS 38671.** |
| State the term remaining | **ending January 31, 2025** |
| List the contract number of any government contract | **Mid-South Outlet Shops, LLC c/o Tanger Management, LLC 3200 Northline Ave, Ste 360 Greensboro, NC 27408** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated January 18, 2012, as amended, for the premises located at 1813 Village West Pkwy, Suite Q102, Kansas City, KS 66111** |
| State the term remaining | **ending December 31, 2024** |
| List the contract number of any government contract | **W-LD Legends Owner VII LLC c/o Legacy Asset Management 4400 College Blvd. Suite 180 Overland Park, KS 66211** |

**Fill in this information to identify the case:**

Debtor name    **Uniform Factory Outlet of Washington L.L.C.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name __Uniform Factory Outlet of Washington L.L.C.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,087,378.40** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,476,645.30** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,964,206.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Uniform Factory Outlet of Washington L.L.C.**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **4/6/2023** | **$9,486.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **4/12/2023** | **$12,610.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **4/20/2023** | **$28,069.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **5/10/2023** | **$10,934.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **5/11/2023** | **$10,715.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **5/15/2023** | **$8,067.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Caresmatic Uniforms LLC**<br>**PO Box 7450**<br>**Carol Stream, IL 60197-7450** | **5/23/2023** | **$7,163.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Chase Ink Credit Card**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **4/2/2023** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |

Debtor   **Uniform Factory Outlet of Washington L.L.C.**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Chase Ink Credit Card**<br>PO Box 15298<br>Wilmington, DE 19850-5298 | 5/5/2023 | $43,157.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__credit card__ |
| 3.10.  **Little Rock Outlets Realty Holding LLC**<br>1909 Tyler St<br>Suite 403<br>Hollywood, FL 33020 | 4/24/2023 | $7,509.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__lease payment__ |
| 3.11.  **Little Rock Outlets Realty Holding LLC**<br>1909 Tyler St<br>Suite 403<br>Hollywood, FL 33020 | 5/29/2023 | $7,509.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__lease payment__ |
| 3.12.  **Caresmatic Uniforms LLC**<br>PO Box 7450<br>Carol Stream, IL 60197-7450 | 6/7/2023 | $9,388.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.  **Caresmatic Uniforms LLC**<br>PO Box 7450<br>Carol Stream, IL 60197-7450 | 6/15/2023 | $11,386.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.  **Caresmatic Uniforms LLC**<br>PO Box 7450<br>Carol Stream, IL 60197-7450 | 6/21/2023 | $8,092.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.  **Chase Ink Credit Card**<br>PO Box 15298<br>Wilmington, DE 19850-5298 | 6/26/2023 | $14,066.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__credit card__ |

Debtor   **Uniform Factory Outlet of Washington L.L.C.**          Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
   may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. **Patrick McCarthy**<br>**6087 White Tip Rd**<br>**Jacksonville, FL 32258**<br>**President/Managing Owner** | **June 30,**<br>**2022 - June**<br>**30, 2023** | **$93,399.56** | **Compensation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
   of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
   debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
   |---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
   |---|---|---|---|
   | 7.1. **Mistiann Lapo v. Uniform**<br>**Factory Outlet of Washington**<br>**L.L.C. d/b/a Uniform**<br>**Destination**<br>**2:22-cv-01013-JHC** | **wrongful**<br>**termination** | **U.S. District Court, Western**<br>**Washington**<br>**700 Stewart St., #6301**<br>**Seattle, WA 98101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
   receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of**
   **the gifts to that recipient is less than $1,000**

   ■ None

Debtor    **Uniform Factory Outlet of Washington L.L.C.** _____    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**50 North Laura Street**<br>**Suite 3100**<br>**Jacksonville, FL 32202** | | **5/2/2023** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Uniform Factory Outlet of Washington L.L.C. | Case number *(if known)* | |
|---|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **240 Fashion Way** **Burlington, WA 98233** | **vacated June 11, 2023** |
| 14.2. | **450 NW 257th Ave, Suite 322** **Troutdale, OR 97060** | **vacated June 14, 2023** |
| 14.3. | **1813 Village West Pkwy, Suite Q102** **Kansas City, KS 66111** | **vacated June 19, 2023** |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First State Bank and Trust** **10900 Parallel Pkwy.** **Kansas City, KS 66109** | **XXXX-0071** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **June 20, 2023** | **$7,827.16** |

Debtor    **Uniform Factory Outlet of Washington L.L.C.**                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **First Security Bank** **10 Bass Pro Drive** | **XXXX-9994** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 21, 2023** | **$7,619.49** |
| 18.3. | **Bank Plus** **6644 Airways Blvd** **Southaven, MS 38671** | **XXXX-4720** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 21, 2023** | **$3,354.80** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Uniform Factory Outlet of Washington L.L.C.**                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Debbie's Accounting Services Inc.**<br>**3575 Southside Blvd.**<br>**Jacksonville, FL 32216** | **January 23, 2015  to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Debbie's Accounting Services Inc.**<br>**3575 Southside Blvd.**<br>**Jacksonville, FL 32216** | **January 23, 2015 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Debtor | Uniform Factory Outlet of Washington L.L.C. | Case number *(if known)* |
|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Debbie's Accounting Services Inc.** **3575 Southside Blvd.** **Jacksonville, FL 32216** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Glimcher Supermall Venture** **PO Box 932844** **Cleveland, OH 44193** |
| 26d.2.  **Burlington Investment Properties Inc.** **923 Powell Ave SW** **Suite 101** **Renton, WA 98057** |
| 26d.3.  **W-LD Legends Owner VII LLC** **c/o Legacy Asset Management LLC** **4400 College Blvd. Suite 180** **Overland Park, KS 66211** |
| 26d.4.  **Little Rock Outlets Realty Holding, LLC** **1909 Tyler St** **Suite 403** **Hollywood, FL 33020** |
| 26d.5.  **Mid-South Outlet Shops, LLC** **c/o Tanger Management, LLC** **3200 Northline Ave, Ste 360** **Greensboro, NC 27408** |
| 26d.6.  **Austell Columbia Gorge Equities, LLC** **2100 W 7th St** **Fort Worth, TX 76107** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patrick C. McCarthy | 6087 White Tip Rd Jacksonville, FL 32258 | President/Managing Owner | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex D. Herrera | 96460 Black Rock Rd Yulee, FL 32097 | Member/Lease Coordinator | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Uniform Factory Outlet of Washington L.L.C.**          Case number *(if known)* _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Patrick McCarthy**<br>**6087 White Tip Rd**<br>**Jacksonville, FL 32258** | $93,399.56 | **June 30, 2022 - June 30, 2023** | Compensation |
| | **Relationship to debtor**<br>**President/Managing Owner** | | | |
| 30.2. | **Alex D. Herrera**<br>**96460 Black Rock Rd**<br>**Yulee, FL 32097** | $1,019.20 | **June 30,2022 - June 30, 2023** | Compensation |
| | **Relationship to debtor**<br>**Member/Lease Coordinator** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Uniform Factory Outlet of Washington L.L.C.**                    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**    _____

_____                                    **Patrick C. McCarthy**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Uniform Factory Outlet of Washington L.L.C.**

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alex D. Herrera**<br>**96460 Black Rock Rd**<br>**Yulee, FL 32097** | | | **10%** |
| **Patrick C. McCarthy**<br>**6087 White Tip Rd**<br>**Jacksonville, FL 32258** | | | **90%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 30, 2023**

Signature

**Patrick C. McCarthy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **Uniform Factory Outlet of Washington L.L.C.**               Case No. _____

                                               Debtor(s)           Chapter     __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 30, 2023**   _____          _____

                                                     **Patrick C. McCarthy/President**
                                                     Signer/Title

```
Uniform Factory Outlet of Washington L.L.C.
PO Box 50068
Jacksonville Beach, FL 32240

David E. Otero
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202

Austell Columbia Gorge Equit
2100 W 7th St
Fort Worth, TX 76107

Austell Columbia Gorge Equit
2100 W 7th St
Fort Worth, TX 76107

Barco Uniforms LLC
350 West Rosecrans Ave
Gardena, CA 90248

Burlington Investment Proper
923 Powell Ave SW
Suite 101
Renton, WA 98057

Burlington Investment Proper
923 Powell Ave SW
Suite 101
Renton, WA 98057

Caresmatic Uniforms LLC
PO Box 7450
Carol Stream, IL 60197-7450

Glimcher Supermall Venture
PO Box 932844
Cleveland, OH 44193

Little Rock Outlets Realty H
1909 Tyler St
Suite 403
Hollywood, FL 33020

Mid-South Outlet Shops, LLC
c/o Tanger Management, LLC
3200 Northline Ave, Ste 360
Greensboro, NC 27408

Mistiann Lapo
c/o Ada K. Wong, Esq.
12055 15th Ave NE, Suite 200
Seattle, WA 98125
```

Patrick McCarthy
6087 White Tip Rd
Jacksonville, FL 32258

W-LD Legends Owner VII LLC
c/o Legacy Asset Management
4400 College Blvd. Suite 180
Overland Park, KS 66211

W-LD Legends Owner VII LLC
c/o Legacy Asset Management
4400 College Blvd. Suite 180
Overland Park, KS 66211

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    __Uniform Factory Outlet of Washington L.L.C.__       Case No. _____

                                               Debtor(s)             Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept .................................... $      __hourly rate__

     Prior to the filing of this statement I have received ..................... $      __33,262.00__

     Balance Due ....................................................................................... $      __0.00__

2.    The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

         **Representation of the Debtor in the case styled Mistiann Lapo v. Uniform Factory Outlet of Washington L.L.C. d/b/a Uniform Destination; U.S. District Court, Western District of Washington; Case No. 2:22-cv-01013-JHC.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__June 30, 2023__                 __/s/ David E. Otero__
*Date*                                    **David E. Otero**
                                        *Signature of Attorney*
                                        **Akerman LLP**
                                        **50 North Laura Street**
                                        **Suite 3100**
                                        **Jacksonville, FL 32202**
                                        **904-798-3700  Fax: 904-798-3730**
                                        **david.otero@akerman.com**
                                        *Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Uniform Factory Outlet of Washington L.L.C.**       Case No. _____
                                  Debtor(s)          Chapter    **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Uniform Factory Outlet of Washington L.L.C.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**June 30, 2023** _____       **/s/ David E. Otero** _____

Date                                               **David E. Otero**

                                                Signature of Attorney or Litigant

                                                Counsel for    **Uniform Factory Outlet of Washington L.L.C.**

                                                **Akerman LLP**
                                                **50 North Laura Street**
                                                **Suite 3100**
                                                **Jacksonville, FL 32202**
                                                **904-798-3700 Fax:904-798-3730**
                                                **david.otero@akerman.com**